**DISMISS and Opinion Filed November 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00820-CV

## IN THE INTEREST OF R.H. AND C.H., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-16115**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. We **GRANT**

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200820F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.H. AND C.H., CHILDREN

No. 05-20-00820-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-16115. Opinion delivered by Justice Nowell. Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Kelli Herold recover her costs of this appeal from appellant Thomas Wayne Herold.

Judgment entered this 20th day of November, 2020.